IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Case No. 3:13-00063 |
| v. | ) William J. Haynes, Jr. |
| | ) Chief U.S. District Court Judge |
| | ) |
| BRUCE YOUNG. | ) |

*[Handwritten annotations: ORDER / The motion / is GRANTED / The plea / hearing is / set for / March / 7, 2014 / at / 3:30pm / William J. Haynes, Jr. / 2-10-14]*

**MOTION TO SET CHANGE OF PLEA HEARING**

Comes now the Defendant, by and through his counsel Luke A. Evans, and would move this Court to set a change of plea hearing in this matter. As grounds for this motion Counsel states that the Defendant intends to change his plea. Counsel would suggest that said hearing be scheduled at least three weeks from the date of the Court's order, at a time convenient for the Court, to allow the Defendant to secure travel from his home in California.

WHEREFORE, PREMISES CONSIDERED, the accused, through counsel, moves this Honorable Court for the relief as stated herein, as well as any further general relief that this Court deems both necessary and proper.

Respectfully submitted,

BULLOCK, FLY, HORNSBY & EVANS

/s/ Luke A. Evans
LUKE A. EVANS, BPR #23620
Attorney for Defendant
302 North Spring Street
P. O. Box 398
Murfreesboro, TN 37133-0398
(615) 896-4154