IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No. 3:13-00063-4 |
| v. | ) | William J. Haynes, Jr. |
| | ) | Chief U.S. District Court Judge |
| | ) | |
| BRUCE YOUNG. | ) | |

*Denied. This motion is not RBP. Counsel for the parties have 20 days to submit on agreed order for the new hearing date and time. [illegible signature] 5-12-14*

**MOTION TO CONTINUE SENTENCING HEARING**

Comes now the accused, Bruce Young, by and through his counsel, Luke A. Evans, and moves this Honorable Court to Continue his sentencing hearing currently scheduled for 2:30 p.m. on May 30, 2014. In support thereof, counsel for Mr. Young would state the following:

1.     Counsel for Mr. Young began a criminal Jury trial before Judge Campbell, namely, *United States v. Manila Vichitvongsa*, et al, 3:12-00013, on April 29, 2014. Said case is a "mega case" and includes multiple defendants charged in an 8 Count indictment.   Prior to April 29, 2014, due to the complexity of the case it was estimated that the trial would last approximately two weeks.

2.     On Aril 29, 2014 at 9:00 a.m. the parties began Jury selection. It was not until approximately 5:15 p.m. that a jury was selected.  The Court adjourned anticipating opening statements to begin the next morning.   Unexpectedly, the Government moved for a continuance because one of their witnesses suffered a heart attack. The Court granted the continuance and the case is set to resume on June 3, 2014. Due to the preparation required for this matter as well as the time constraints of